UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,

        - against-

JIA HOU, *et al.*,

                Defendants.

------------------------------------------------------------------------ X

S1 12 Cr. 153 (RJS)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13
```

**ORDER**

Upon application of Gerald B. Lefcourt, P.C., counsel to defendant Hou, and for good cause shown, Gerald B. Lefcourt, P.C., shall be permitted to bring into the Courthouse, 40 Foley Square, one high-backed stool for use during trial of the above matter. The stool may be brought into the building on April 12, 2013, or thereafter and shall be promptly removed from the building at the end of the trial.

April 2013

Hon. Richard J. Sullivan
U.S.D.J.