UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                         S1 12 Cr. 153 (RJS)

JIA HOU,
    a/k/a "Jenny Hou,"

                    Defendant.
-------------------------------------------------------X

## CHARACTER LETTERS IN SUPPORT OF JIA (JENNY) HOU'S SENTENCING MEMORANDUM

September 24, 2013

GERALD B. LEFCOURT, P.C.
Gerald B. Lefcourt
Sheryl E. Reich
Renato C. Stabile
148 East 78th Street
New York, N.Y. 10075
(212) 737-0400
(212) 988-6192
 lefcourt@lefcourtlaw.com
*Attorneys for Jenny Hou*

## **Index of Character Letters**

1. Adelman, Martin (former attorney)
2. Aharanwa, Adaku (friend)
3. Chen, Frank Zhijun (friend)
4. Connor, Martin (campaign attorney)
5. Gao, Xue (childhood friend)
6. Ge, Qing (friend)
7. Hou, Fulton (brother)
8. Hou, Jian Li (father)
9. Huang, Yi (family friend)
10. Jiang, Emily (friend)
11. Li, William (friend)
12. Murphy, Adam (friend)
13. Ozeas, Nancy (friend)
14. Ross, Howard (family friend)
15. Song, Martin (friend)
16. Tu, Peter (friend)
17. Wang, Ling and Beaudy, Pierre (friends)
18. Wangwu, Liuyi (friend)
19. Zhu, Sui Xiang (mother)

1



MARTIN B. ADELMAN, P.C.
ATTORNEY AT LAW

September 9, 2013

Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York

Re: United States v. Jia Hou

Dear Judge Sullivan,

I am an attorney who represented Jia ("Jenny") Hou from approximately November 11, 2011 to February 28, 2012, when she was arrested on the Complaint in this matter. Within a short time I was replaced by Ms. Hou's current attorney, Gerald B. Lefcourt, who has asked me to write this letter to give my insight regarding her character.

From November, 2011, when I first met Ms. Hou through the time she produced documents and was interviewed by the government, Ms. Hou was engaged in her general election duties on the Liu campaign, preparing the periodic filings which the Campaign Finance Board required. In addition, she was attempting to respond to the Government's subpoena for documents, which required a massive review of election materials, including her emails and consultation with the Liu campaign election law expert and counsel for Mr. Liu. Lastly she was attempting to respond to defense attorney requests for various items.

In short, it was clear to me that she was overwhelmed by the tasks she faced and I was truly concerned for her mental and physical health during this period. As far as I knew, she had no prior experience at the types of tasks she confronted and was under great pressure to produce the materials which each request entailed.

I believe Jenny was "in over her head" in the job function she undertook, was ill-prepared and frankly unqualified. She was naïve and trusting and did not have a firm grip on the complexities of the Campaign Finance Board rules and regulation and relied on the campaign attorney and others for advice.

I hope this will be helpful to the Court in formulating the appropriate sentence for Jenny, who was naïve and too trusting.

Respectfully,

MARTIN B. ADELMAN

2



ADAKU AHARANWA

June 16, 2013

The Honorable Richard J. Sullivan, US District Judge
US District Court - Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Sullivan:

Thank you for taking a moment to read this letter before making your sentencing decision with regard to Jia "Jenny" Hou. I seek to provide a character reference on her behalf.

I have known Ms. Hou for over three years; as her manager and direct supervisor at the Office of the New York City Comptroller. During this time, I have found her to be a kind and trustworthy person.

Ms. Hou is a young woman of integrity and honesty. She is a community-minded individual who often puts the needs of others before her own – best evidenced through her substantial community work, both professional and voluntary. The life of someone working in the public interest can often be demanding and Ms. Hou met these challenges with grace and without question – a testament to her placement of others' needs above her own.

Few young women of Ms. Hou's age have done so much for their community. While working as a Community Organizer at the NYC Comptroller's Office, Ms. Hou worked tirelessly on behalf of New Yorkers through her work with local Community Boards, community based organizations, local Business Improvement Districts to name a few. Most notably, Ms. Hou dedicated her time to increase voter registration within the Asian community and among eligible youth in our City.

Since leaving the Office of the New York City Comptroller, I have maintained contact with Ms. Hou in a social capacity. Ms. Hou has never been before the Courts previously nor, I believe, is likely to again. This current situation Ms. Hou is faced with would test anyone's composure. Still, she seems prepared to face the consequences and I have never heard one bitter or resentful word from her. I am sure she would like to move on from this incident and I wish her the best in that endeavor.

It is my hope that when you decide how it is Jia "Jenny" Hou should be held accountable, that you please consider the type of woman she always sought to be, and most often truly was; caring and of benefit to others. Kindly consider Ms. Hou's character, when making your decision. She is a good person who deserves a chance and I humbly ask you to provide Ms. Hou this opportunity so she may continue to make positive contributions to our society.

Thank you again for taking time to read this letter.

Respectfully,

Adaku Aharanwa

3

Honorable Judge Sullivan,

My name is Frank Zhijun Chen. I am a U.S. citizen residing at ████████████████████ ,
████████████████ . Recently, I learned about Ms. Jenny Hou's conviction through news
reports on television, and she is currently waiting to be sentenced by you. I feel very
sympathetic towards Jenny Hou.

I have participated in numerous public community events, and have met Ms. Jenny Hou in some
of these events. Please allow me to describe two scenarios in which I have personally witnessed
Ms. Jenny Hou, and faithfully report to you, for your reference at the time of sentencing.

On one October evening in 2005, at East Manor Restaurant in Queens (46-45 Kissena Blvd.,
Flushing, NY 11355), there was a dinner function held within the Flushing community with the
purpose of raising funds for Hurricane Katrina. That was when I met Jenny Hou for the first time.
At that time, she was still a High School student, youthful and energetic. However, it was not
her youthfulness that impressed me, but rather her sincere attitude throughout the fundraising
event, her loyalty to our country, and her love and compassion to the people affected by the
Hurricane. Jenny practically didn't have anything to eat during that evening. She approached
every table for donation. She gave her angelic smile and bowed to every donor, no matter how
small or how big the donation amount was. A high school student, with no personal intentions,
dedicated herself so devoutly to a type of work which was seeking benefits for others people.
My earliest impressions of her are: She is a kind person at heart, and she's someone who's
willing to contribute herself to the community and the country.

Some day in May of 2009, there was a voter registration initiative at the Chinese American
Planning Council Inc. Nan Shan Senior Citizen Center. I ran into Ms. Jenny Hou again here. This
time, I didn't get the chance to say hello to her. I just watched her from far away. She was
surrounded by a group of senior citizens, asking her all sorts of questions about the election.
She was assisting each senior citizen with filling out their voter registration forms. Election is a
new topic for the new immigrants' community, it's definitely something to be proud of, and they
cherished this special right that they never used to have. I could tell from Jenny's facial
expression that she took her job very seriously, and answered questions with great patience. As
you know, seniors can get repetitive sometimes with the same questions over and over, but not
one bit of bad attitude was shown by Jenny. Jenny looked somewhat more mature than I last
saw her, she changed her hairstyle, but her sincerity and her willingness to help others haven't
changed at all. I believe, if someone is a good person at heart, that quality will never change.

Honorable Judge Sullivan, all of the above are my personal experience, I have expressed
truthfully, thank you for reading my letter.

Sincerely,

Frank Zhijun Chen

尊敬的大法官，

我叫 Frank Zhijun Chen，美国公民，家住 ███████████
████████████ 最近我通过电视新闻得知，侯佳小姐在竞选募款一案中被判有罪，正等待您的量刑。我对侯佳小姐深表同情。

我参加过很多社区公益活动，曾与侯佳小姐在公益活动中相遇。请允许我将亲历的关于侯佳小姐的两件事，向您忠实禀报，供您在量刑时参考。

2005 年 10 月某日晚，在皇后区 East Manor Restaurant (46-45 Kissena Blvd, Flushing, NY 11355)，当时法拉盛社区正在那里举行为 Hurricane Katrina 风灾募款的大型晚会，我在那里第一次遇到侯佳小姐。那时她还是高中生，青春洋溢。但她打动我的不光是她的青春气息，更是她在募款活动中表现的虔诚心态，对国家的忠诚，对遭受风灾的人们的爱和关注。整个晚上她几乎没吃东西，一遍遍走过每张桌子，向人们展示她天使般的微笑，并向每一位捐款人，无论捐多少，鞠躬致谢。一个高中生，她没有任何个人目的，如此虔诚地投入到为别人谋利益的工作中，我当时对她的印象是，她骨子里就是个好人，是个愿意为社区为国家奉献的好公民。

2009 年 5 月一天，在福寿老人中心（Chinese American Planning Council Inc., 136-18 39th Ave. 6th Fl., Flushing, NY 11354）举行的选民登记活动中，我再次与侯佳小姐相遇。这次我未能找到跟侯佳打招呼的机会，只在一旁望着她。她被一群老年人围绕，争相向她询问如何参加选举的各种问题，并逐个帮老人们填写选民登记表。选举对新移民来说是个新题目，是引以为荣的事，他们珍惜从未有过的选举权。这一切，我都能从侯佳认真负责的表情中看出来。她不厌其烦向他们解释，你知道，老人有时很啰嗦，同样问题问了还要问，可侯佳丝毫没有厌倦情绪。她看去比我上次遇到的成熟些，头发形状也变了，但她的虔诚，她助人为乐的态度，从未改变。我相信，本质的好人才是真好，是永远不会改变的。

尊敬的大法官，以上是我的一点个人经历，忠实禀报，谢谢阅读。

诚挚的，

Frank Zhijun Chen

4



**MARTIN E. CONNOR**

COUNSELOR AT LAW

September 23, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

*United States v. Jia Hou, et al.*, S1 12 Cr. 153 (RJS)

Dear Judge Sullivan:

I am writing to share what I know and have observed about Jia ("Jenny") Hou since I have known her.

I am an attorney admitted to practice in New York in 1971, and in the Southern District in 1972. After a few years as an associate with a large law firm, assistant counsel in a large corporate law department and solo practice of criminal law, I was elected and served as a New York State Senator for 31 years (1978 through 2008) and as the Minority Leader of the Senate for eight years. During my time in the Senate I practiced law on a part-time basis. I now have a full time law practice concentrating in governmental ethics, civil and voting rights, campaign finance and election law matters.

During my years in the Legislature I employed a total of about 200 interns and staff members who were but a year or two out of college. Their work ethic, intelligence and innate awareness of having to always try to do the right thing in sometimes complicated situations varied. I was always alert to the latter characteristic for the exposure it could present to my office. For some young people, some of the rules looked like mere silly technicalities. My evaluation of Jenny Hou is informed by my experience with young people working in the government and political environment.

I was introduced to Jenny in late 2010. However, I was not retained by the Liu campaign until October 2011 when there was an adverse newspaper story about campaign fundraising. From that time on I had almost daily contact with Jenny by telephone and/or email and met with her frequently in my office or at the campaign headquarters (which was in her apartment).

During the course of my work with Jenny several things became apparent to me: (i) she was a very conscientious and intelligent young woman; (ii) she was totally naïve about the way business people sometimes approach raising funds for candidates; (iii) she worked very hard for long hours, seven days a week, trying to keep up with the demands placed on her as treasurer;

MARTIN E. CONNOR

and (iv) she did not have a firm, let alone complete, understanding of the very technical legal requirements and definitions necessary to insure total compliance with all of the Campaign Finance Board reporting requirements. This was particularly true with respect to what made someone an intermediary.

Operating as treasurer for nearly a year for a citywide campaign without access to an attorney from whom to seek advice, she relied instead on the guidance of older persons who were volunteers in the campaign and had "experience." However, there were large gaps in the knowledge of these non-lawyer persons, as well. Yet, to a 24 year-old, "grown-ups" who have apparently done the job before can seem infallible in their knowledge. Yes, a treasurer can always contact the CFB Candidate Services Unit and seek advice. Jenny did that for some things (so much so that when I first came on board, a representative of the CFB expressed great relief that someone with experience and knowledge was now involved). But, given the large gaps in Jenny's knowledge as to the existence or definition of some requirements, she could not possibly know what questions to even ask about some things.

Thus, my representation began with what amounted to a tutorial as to certain requirements about which there was no answer to my questions or recognition about why I was asking. Once Jenny understood whatever I explained, she worked diligently to gather all of the needed information to address the gaps in compliance.

Since she had been unaware of certain requirements she had not acquired needed information contemporaneously. In order to bring the campaign committee into full compliance, Jenny had to review thousands of contributions totaling well over a million dollars (at no more than $800 per contributor). She had to review many dozens of fundraising events. For missing information, she had to contact numerous restaurants (in some cases the owners of restaurants that had closed), hosts of events, and contributors to get missing information. In some cases she had to rely on her memory, or that of volunteers, to make decisions on specifics of an event nearly a year in the past.

All of this extraordinary amount of work was done by Jenny while she was carrying out required processing of ongoing fundraising and reporting, copying every record (with the assistance of a part-time student and occasional volunteer help) for an independent review by an outside law firm, answering Grand Jury subpoenas and answering special demands for documents by the CFB.

I personally observed her to be overwhelmed with work. Yet, she cheerfully tried her best to get all of this completed. I know that she did numerous "all-nighters" during this time period. However, the reconstruction of records, events and names of players going back a year was virtually impossible to be done flawlessly. In my opinion she did the best she could. Never during this period did I sense she was holding back information from me. When I could, I tested information I was given. There were no inconsistencies in the information she provided to me.

With respect to continuing compliance after I was retained, Jenny asked frequent questions of me and continually expressed a desire to comply fully with all legal requirements. There were a many occasions when Jenny called me about contributions being delivered that she

2

**MARTIN E. CONNOR**

thought were not as they appeared. I confirmed her instincts and she rejected those donations. Of course, rejected contributions are not reportable since they are never deposited. So, no one ever heard about her diligence in trying to avoid unlawful contributions.

In sum, I came to believe that Jenny was conscientiously trying to meet her responsibilities as treasurer and that, once properly counseled, she performed nearly flawlessly. I believe her to be honest, caring and truthful.

Despite her conviction in this case, I would not hesitate to recommend her for any position in the future. I have written a number of letters over the years to sentencing judges. However, I've never said this about anyone. I hope that you will take this into account in considering the appropriate sentence.

Respectfully submitted,

Martin E. Connor

Martin E. Connor

5

Honorable Judge Sullivan,

I am a girl from Beijing, China. My name is Xue Gao, and I'm twenty seven years old. I'm writing this letter to you upon the request of Jenny Hou. Upon following the recent development of Jenny Hou's case, I know her conviction is unavoidable. I fully respect the laws of the United States, I fully respect the Justice System of the United States, and I fully respect any decision you make upon her sentencing. However, being Jenny's close friend, no matter what the outcome will be, I will still support her. I only hope what I express to you today, can provide you with a different perspective of a young and inexperienced girl. I sincerely wish, that you can learn some new things about Jenny that you've never seen in public before.

Jenny and I met in 1994, we became classmates since 3rd Grade, and have built our friendship since today. It can be said that Jenny has been there for me throughout my entire youth, like a real sister. She studied with me, matured with me and accompanied me in many different experiences. No matter where Jenny is, we'd share everything with each other, whether it'd be school work, life, relationship with boyfriend, fights with family, and even problems at work. Although we live at opposite ends of the planet, but it feels like we've never parted. Phone calls, text messages, and reunions during summer vacations, not only have we not grown distant, but rather we have grown closer. Although one of us lives in Beijing, and the other lives in New York, we are one of the few BFF's in each other's circles of friends.

Since we were eight or nine years old, we would walk to school together, go to classes together, walk home together, rehearse school performances together, and go on class trips together. Sometimes even my grandpa and Jenny's grandpa would meet outside of our school at the end of the day to pick us up together. We would often visit each other's homes, my families all knew and liked Jenny very well. In my mind, Jenny is an innocent, kind-hearted, upright, and lovely girl. Jenny has a strong sense of justice: she would help tutor the classmates who weren't doing well academically; and she would protect the classmates bullied by the big kids. Jenny has a strong sense of honor: she always participated in all types of activities at school. I remember we used to go to her home frequently to rehearse dance routines for performances of competitions. Every time, Jenny would lead a bunch of girls like me, and encourage us to practice one more time. It was because of her patient directions, we would always complete our dance routines perfectly. That is Jenny's personality, she always wants to accomplish things as close to perfection as possible. In the 2008 Beijing Olympics, Jenny fully dedicated her passion and enthusiasm as a representative of Overseas Olympic Volunteer. This is a glorious task, and Jenny completed it remarkably. However, Jenny never gets arrogant when surrounded by praises; she always maintained her purest and simplest state of mind. This is just like when Jenny returned to China for the first reunion after immigrating to U.S. at the age of 12, we all realized that she is still the simple and sincere person as she used to be. I guess you can say that the most precious thing about Jenny is, no matter what happens, no matter when and where she is, she always maintains a sincere and pure soul to whatever she has to face. Therefore I just want to say, no matter what Jenny had done, I believe that it is not her intention to harm or deceive, I believe her mistakes were caused by her inexperience. Based on this point, I earnestly

ask you to please be as lenient as possible when deciding her punishment. This situation will no doubt be one of the most serious lessons she will ever learn. I admit, everyone has to pay for his or her mistakes, and your punishment to her will be what she has to pay. However, I hope that one's mistake does not become the end of life's journey for them, but rather, the turning point, or a new starting point. I further hope, your decision, will not only teach a lesson to a young person, but rather, due to its leniency, a young person will be encouraged to finish the rest of her life journey.

More than one year has passed since the day Jenny was arrest, to the end of her trail. Being her close friend, I am far away in China, but there's very little I can do. The only thing I can do is be there for her, care for her, chat with her, and share with each other the small updates in our lives. The composure and strength she demonstrated have made friends around her truly admire her. A lot of times, it is Jenny who's consoling us. She asked us to keep our chins up. In the public's eye, Jenny is always calm and smiling. Being her close friend, I can truly understand how much pressure she has been put under, emotionally, psychologically and financially. Jenny is just a normal girl who had just joined the work force not long ago. How can she not be affected by this tremendous event? Jenny, being heart-hearted and considerable as she is, doesn't want her parents to worry, doesn't want her grandparents to China to worry, and doesn't want friends like us to worry. Jenny always tells us she's fine, and everything's OK. But all these years of friendship have made us connected at mind as well as at heart. I know how many lonely and horrified nights she had been through, and I know how many tears have shed that nobody else saw. I know all of this, but despite how upset I am, I cannot do anything to change it.

Ever since we were little girls, we would fantasize about the day we put on our wedding gowns. We promised to be the bridesmaid for each other, no matter who gets married first. I even picked out her bridesmaid gown, and secretly planned out a section of my wedding when I would personally hand her my bouquet instead of throwing it in the air. But in February 2012, when I finally confirmed my wedding date, Jenny was arrested. This was a tremendous hit for me, but I continued to fantasize that everything would resolve before my wedding, Jenny would still be able to make it to my wedding. However, on September 8, 2012, Jenny didn't show up at my wedding, this is something I had never imagined before. Nobody knew how upset I was, including my husband. Nobody understood, my wedding without Jenny's presence is like a young girl's childhood dreams completed shattered into pieces. At the same time, I know Jenny, being far away in New York, was not feeling much better than I was. I wouldn't dare to tell her how upset I was, I only told her, how happy I felt.

I also want to let Jenny know, we are no longer kids. Our grandparents are no longer healthy and strong, they are over 80 years old. They can't ride their bicycles to pick us up and send us homes anymore. They can't instruct us on our homework anymore. They are now slow in pace, and delayed in mental responses. What they do remember is how we used to look like when we were young, they miss their granddaughter, and hope she can come home soon to visit them.

Honorable Judge Sullivan, at this time, I do not intent to argue anything for Jenny, I just want to say, I know this world is fair and also cruel, and everyone needs to be fully responsible for the outcomes of their actions. I just want to use my purest love and soul to swear to you: Jenny has nothing to do with darkness; she is a kind person at heart. She is just a girl who has laughed and cried with me, she is like just another me in this world. I sincerely ask you to give her a chance to start a brand new life. No matter what happens, I will be waiting for her at Beijing. I will wait for the day that she puts on her wedding gown, and shed tears of joy for her.

Thank you again, for taking your time to read my letter. It's my honor. I sincerely wish you well.


Xue Gao
Written on June 30, 2013 at 12:28AM
Beijing, China

尊敬的苏利文法官：

我是来自中国北京的女孩，我的名字叫高雪，今年 27 岁。受侯佳的委托，给您写这封信。通过最近一段时间的关注与了解侯佳的案情，我已经知道定罪不可避免，我尊重美国法律，尊重美国的司法制度，也尊重您做出的任何判决，但是作为侯佳的好友，无论最终结果如何，依然支持她。今天对您所说的，只是希望您可以从另一个角度，去审视一个年轻的涉世未深的女孩，我真挚地希望，从我的信中，能让您了解到些许和呈现在公众之前不太一样的侯佳。

我和侯佳相识于 1994 年，我们从小学三年级开始成为了同班同学，开始建立友谊，并直至今天。可以说，侯佳是我青春岁月中的，陪伴我学习，成长，陪伴我经历各种时刻的亲密姐妹。我得学习，生活，与男朋友的爱情，和家人的意见不合，到后来在工作中遇到的问题，无论她身在何方，每一件小事，我们都一起分享。虽然后来我们天各一方，但我们好像从来没有分离过一样，频繁的电话，短信，和每个假期的国内相聚，让我们的感情没有疏远反而越来越亲近。虽然一个在北京，一个在纽约，但是我们却是彼此朋友圈中，为数不多的闺蜜。

从八九岁开始，我们每天一起去学校，一起上课，一起放学回家，一起排练学校的演出节目，一起去郊游。就连她的祖父和我的外祖父，也都是每天相约在一起，共同在学校门口等待着我们下课。我们经常到彼此家去做客，我的家人也对她非常熟悉和喜欢。在我的印象中，侯佳是一个单纯、善良、正直而且活泼可爱的小姑娘。她富有正义感，会经常帮助那些在学习上有困难的小朋友，或者是去保护那些受大孩子欺负的同学。她是个荣誉感非常强的人，在学校里，各种活动都少不了她的身影，我记得，我们经常为了一些比赛或者是演出，去她家的院子里认真的练习，每次她都带领着几个小姑娘，一遍一遍的鼓励大家，在她的精

心指挥下，每一次的结果都非常完美，因为侯佳，做一件事情从来都是想做的很好，很漂亮。2008 年的北京奥运会，她倾注了她所有的热情和心血，代表海外华侨的一员，担当了志愿者的工作。这是一份充满荣耀的工作，她完成的极其精彩。但是，她从来不在别人的赞美声中狂妄自大，她永远保持着最纯真简单的心态，包括 12 岁离开中国的多年后，她第一次从美国回来，大家再次相见，我们都发现，她还是像原来一样质朴和亲近。可以说，她最可贵之处，便是无论何时何地，无论自己境遇如何，都保持着一颗真诚而纯粹的心灵，去面对一切。所以我想说，无论侯佳做了什么，我相信她的本意不是要去欺骗或是伤害任何人，我相信，她只是因为经验不足，涉世未深，而做了不恰当的事情。基于这个出发点，我冒昧的恳请您，能从经处罚她。这件事，一定会是她人生经历中一次严重的教训，我承认，每一个人，都应该为他所做过的错事而买单，您对她的判罚便是如此。但是我希望，一个错误，不会是一个年轻人人生旅途的终点，而更应该是一个转折点，一个新的起点。因此我更希望，您的判决，不仅仅是教训了一个年轻人，更有可能因为您的从轻判决，激励了一个年轻人去更好的完成今后的人生路。

从侯佳被捕到开庭，这长达一年多的时间里，作为她的好友，我远在中国，并不能为她做什么，唯一能做的，只有默默的陪伴，关心她，陪她一起聊天，互相分享彼此的每一点动态。她所表现出来的淡定，和坚强，让我和身边的朋友们十分敬佩。很多时候，反而是她安慰我们，劝我们一切要向前看。在外人面前，她永远是从容不迫，微笑面对。但是作为她的好友，我深刻的知道，她这一年多来所承受的心理，精神和经济上的压力。她只是一个刚刚踏入社会工作的普通女孩，面对如此重大的事件，怎会不受影响。但是善良的她，怕父母担心，怕远在中国的祖父祖母，和我们这些好朋友担心，她永远告诉我们，她很好，她一切都OK。但是，多年的友谊，使我们心意相通，我知道，在独自一人的时候，在无数个深夜，她是多么的苦恼和不安，又有多少泪水，是不被外人所看见的。这一切，我深深地知道。但

是非常难过，我什么都改变不了。

从孩童时期，我们经常一起幻想，穿上婚纱的那一天，会是什么样子。我们也早就约定好，一定会有一个人，成为另一个人的伴娘。我甚至早早的都为她选好了伴娘礼服的颜色，想好了什么样的环节去让她接受新娘手捧花的惊喜。然而，就在我确定婚期的那个月，侯佳被捕了。这对我的打击很大，我仍然幻想着，一切可以在婚礼开始之前结束，侯佳依然可以回北京出席我的婚礼。然而，2012 年 9 月 8 日，她没有出现，这是我以前从未想到过的事情，没有人知道我心里有多么难过，包括我的新婚丈夫。没有人知道，没有侯佳见证的婚礼，对我来说，是一个少女的童年梦的彻底破碎。然而我知道，远在纽约的她，心情也并不比我好过。我不敢对她说我有多难过，我只有告诉她，我是多么的幸福。

我也想告诉她，曾经的小朋友已经长大，曾经还健壮的祖父，外祖父，如今也已经是年过八旬的老人，他们不再能骑着自行车去接我们回家，不再能对我们的功课进行指导，他们的脚步日渐缓慢，思维日渐迟缓，但是他们都没有忘记曾经年幼的我们的模样，他们很想念自己的孙女，希望她能早点回家来看他们。

尊敬的苏利文法官，此时此刻，我并不要为侯佳辩解什么，我只是想说，我知道这个世界很公平也很残酷，每个人都需要为自己所做的事情承担后果，但是我想用最无暇的感情和心灵来发誓，她与那些黑暗无关，她本性善良，她只是一个陪我哭过又笑过的小女孩，是这世界上的另一个我。我真诚的恳请您，能够给年轻人一个继续上路的机会。无论怎样，我都会在北京等着她。我还要看见她穿上婚纱的那一天，为她流幸福的泪水。

再次感谢您，能阅读我的来信，非常荣幸。希望您一切都好。

高雪 写于中国北京

2013 年 6 月 30 日 0：28

6

Dear Judge Sullivan,

My name is Qing Ge, I have known Jenny Hou since the 2008 Beijing Paralympics, where we worked closely together for a month. Ever since then, I have regarded Jenny Hou as one of my most important friends despite the fact that we've been separated by the distance between the two countries for the majority of the time during the past 5 years. If I had to choose three words that best describe her, they would be: enthusiastic, upright, and confident.

In 2008, Jenny and I both signed up to become volunteers at the Beijing Paralympics, because we wanted to participate and contribute a little bit of our own strengths to the success of this tremendous world-wide sporting event. Coincidentally we were both assigned to the VIP Concierge Department at the National Aquatic Center also known as the Water Cube. At the time, I was just an ordinary sophomore student at Tsinghua University, but Jenny is very unique, as she is the only international volunteer. I remember Jenny told me that there were over 300 international volunteers serving during the Olympic Games, which took place only a month prior to the Paralympic Games, most of them decided to leave Beijing and go back to their home countries after the Olympics had ended, ultimately, there were only 3 international volunteers who chose to stay in Beijing and continued to serve in the Paralympics. Jenny was one of the three. My first impression of Jenny is that she is very enthusiastic, energetic, and always full of positive energy. She has this strange charisma that makes people around her feel very comfortable when they hang out with her. Not pretentious, no distance, no awkwardness, I felt like I've known her for all my life when I first met her. I even couldn't help but becoming just as energetic and positive minded as her.

While working at the VIP Reception Department, we were tasked to deal with three categories of people: VIPs and dignitaries who were medal presenters, athletes, and game spectators. Jenny was able to interact with every category of people comfortably. When Jenny escorted the dignitaries to the award ceremonies, she would take the initiative to interact with them and keep them entertained in a professional manner, neither servile nor overbearing. When Jenny had to maintain the spectators in orderly fashion, she always dealt with them with patience and smiles. Among them all, it was Jenny's interactions with the athletes that left me the deepest impression. Due to the special circumstances of the Paralympics, all volunteers were trained to treat each and every athlete with respect. Staring at certain handicapped body parts of athletes was strictly prohibited, as well as offering assistance when it is not required by the athletes. Jenny not only showed her respect through these actions, but she further provided her emotional encouragement and spiritual support to the athletes. She provided her

abundant enthusiasm and gave 120% support and solicitude to every athlete, regardless of which country she or he represented, regardless of what place she or he got in the race. Competitions are cruel, and there will always only be one winner, flowers and glories will always just be for that one person, the others are often left with disappointment. Jenny would feel empathetic as to how much each athlete had sacrificed behind the scenes, and you could tell from her eyes and her actions. She tried so hard to make sure that the athletes who didn't win medals receive the same amount of respect and attention. If it wasn't because of Jenny, maybe I would've only paid attention to the gold medalist of each game, or maybe I would've only asked to take photos with the famous athletes due to vanity. Under Jenny's influence, I started paying attention to the athletes who are not so famous; I started asking athletes to take photos with me even if they didn't win any medal. I gave athletes hugs and thumbs-ups after their competitions, just to reassure them how awesome they are. We even became friends with some athletes after the Paralympics, we would get together and hang out, chat, eat dinner, laugh hard. During moments like that, we are all the same, we are all perfect human beings with wonderful big dreams that are worth fighting for.

Many of these moments feel like they only occurred yesterday. We would dress neatly and orderly in our volunteer uniforms; we would root for the athletes; we would run up and down the stairs of the Water Cube just to make sure that someone is there to encourage the athletes once they finish a competition, and simply tell them "Good job!" There are two scenarios that I remember clearly. At one time, when a Chinese swimmer named Xiaoming Xiong finished his competition, Jenny and I said "Good job!" to him, he was so shocked and honored, and said, "You guys actually know what my name is? People rarely know me." At another time, an athlete who was chatting with us after the game casually complained that the food at the Olympic Village Dining Hall tasted bad. Few days later, Jenny actually brought him some home cooked dishes that she made. Although he lost both of his lower arms, but he was able to use what's left of his upper arm to finish that meal skillfully, and his speed of sending text messages is not slow at all! Other than being astonished at the moment, I could imagine how strong his heart is, and how eager he is to live a normal life, and in fact, he was able to accomplish it.

After the Paralympics ended, we exchanged contact information, and we stayed in touched among the volunteers as well as the athlete friends. Even though our lives rarely intersect now, but we still care about each other very much. Jenny remains in the most frequent contacts with the athlete friends. During the 2012 London Olympics, she would occasionally give us updates on the athletes' competitions, ask us to watch the games on TV, or tell us who had just won a medal. We would get excited with the news for a while.

That one month of volunteering for the Paralympics is an unique and unforgettable month of my life. I know deep down inside, that month would turn out totally different if Jenny wasn't part of it. The positive energy that she was able to bring in to the group still continues to influence and encourage me today. In my mind, she is always smiling brightly and is never scared. There is never a thing too difficult for her to accomplish. I would joke around with her and call her "Monkey Aunt", and she'd never get angry. Although she is only two years older than I am, but her capability and maturity when dealing with all sorts of things and people really makes me impressed. All the qualities that Jenny possesses: enthusiastic, compassionate, strong, fears no evil, likes and dislikes clearly, all make me strive to become someone just like her, as my role model.

I am now working and living in Singapore. Originally, we made plans to have Jenny come visit me and tour around Singapore this year, but I can't believe now Jenny is stuck in this legal situation and could possibly face jail time. I don't know any details about the trial, but I find it completely hard to imagine that someone as warm, cheerful and hardworking as this wonderful girl Jenny Hou could spend the best years of her life in prison. I actually didn't even pay much attention to this case when she was first arrested, because this just seems all too bizarre and impossible to me. Jenny is such a capable person, she brings so much happiness and sunshine into other peoples' lives, how is it possible that she will be sent to prison? That is just impossible! What kind of heinous crime could she have committed to cause her to compensate her entire youth and future? I am absolutely confident that anyone who had interacted with Jenny, and have come to known Jenny, would be able to judge how her character is. Even after she was arrested, she never showed a bit of depression or worry, rather she had always been strong inside out, and positively dealt with everything. I believe a girl as wonderful as Jenny, even if she had made some mistakes, sending her to prison cannot possibly be the best way to punish her. Jenny is really worth another chance to prove herself.

I send my blessings to Jenny. All the people that have been helped by Jenny, we will all send our blessings to her.

Dear Judge Sullivan,

我叫蔡清，和保佳认识是在 2008 年的北京残奥会，因为我同是志愿者而相识，朝夕相处一个月。从那以后，五年来虽然我们总是分隔地球两端，难得见面，但是一直把彼此放我心中最重要的朋友之一。如果让我用三个词来形容她，那会是：热情，正直，和自信。

08 年的时候，我们都报名参加了北京残奥会的志愿活动，想要为这一世界级别的盛大运动会的成功举办贡献一份自己的力量。因缘巧合，我们都分在了国家游泳中心(又名：水立方)的礼宾部。当时的我还是清华大学大二的一名普通学生，而保佳很特别，是全组中唯一的一个海外志愿者。记得保佳曾经对我介绍过，仅在一个月之前的奥运会期间，来自全世界各地的海外志愿者有 300 多位，大部分都在奥运会结束之后选择了离开北京回到自己的国家，而最终留在北京继续在残奥会服务的志愿者，在 300 多位里只剩下了 3 位，保佳就是这 3 位里有的其中一位。对她的第一印象就是非常的热情，阳光，好像永远都充满了正能量。她身上有种很神奇的亲和力，和她在一起相处时非常的舒服，没有刻意，没有距离，没有猜疑，就像几十年的老朋友一样，整个人也会照耀着你自己的阳光和正面起来。

我们的工作需要跟三个群体打交道：颁奖嘉宾，运动员，普通观众。而保佳，总是可以跟每一个群体，每一个人都相处十分融洽。在颁奖仪式颁奖嘉宾在场边候入场时，她会主动和每一位嘉宾交流，不卑不亢，谈笑风生；在组织观众在嘉宾和运动员保持近距离接触秩序时，她会面带微笑耐心的向每一位观众解释，不急不躁，冷静从容；对待运动员，她的态度给我的影响尤其深刻。由于残奥会的特殊性，所有志愿者被强调一定要尊重每一位运动员，不随便叮瞩他们的残缺性的身体看，不要主动提供不必要的帮助等。而保佳做到的不仅仅是行动上的尊重，更是心灵和精神上的敬佩。她会用饱满的热情给予每一位运动员十二分的支持和关注。无论他来自哪国，无论他是否夺冠，比赛是残酷的，王者只有一个，鲜花和掌声只会给一个

人。留给其他人的往往只有落寞。而她会从内心深处感同身受他们每一个人背后付出的汗水和心酸，你从她的眼神和行动中可以看到，她是真的努力让那些没有拿到第一名的选手们也能感受到同样的关注。如果没有她，也许我也只会去关注每一场比赛的冠军，怀着小小的虚荣心去找那些有名气的选手合照。可是在她的感染下，我们开始更多的关注那些无名的选手，在比赛后和他们拥抱、合照、竖大拇指，让他们明白自己有多棒。我们甚至和一些运动员成为了私下很好的朋友，会像普通人一样一起吃饭、聊天、大笑。在那些时刻，我们都是同样健全的人，怀着同样美好的梦想，并为之努力奋斗。

很多很多的细节就好像发生在昨天。我们会穿着整齐的制服在台上拼命为运动员呐喊加油，会在水立方里窜上窜下只为了能够在运动员们比赛结束出场时喊出他们的名字和他们说声好样的。印象很深的有两件事。一次是中国选手熊小铭比赛结束后，我和侯佳跑去大叫他的名字为他加油，他非常惊讶，一脸受宠若惊，"你们居然知道我的名字，很少有人认识我的"。另外一次，一位运动员随口抱怨了一下奥运村食堂的饭菜不好吃，几天后侯佳就很贴心的做了一顿爱心午餐给他，他虽然失去了双臂，却可以用残缺的上臂非常娴熟的吃饭和发短信，并且速度丝毫不比我们慢。惊讶之余，可以看出他们有一颗多么坚强的心，他们的内心深处是多么渴望像正常人一样生活，而他们也确实做到了。

残奥会过后，我们彼此留下了联系方式，也和那些运动员朋友保持着联系。虽然生活已经不再有交集，但关心依旧。侯佳是和运动员联系最多的，2012 年伦敦奥运会之间，时常还能听她兴高采烈的说起哪位运动员今天有比赛快看电视，哪位又在某场比赛中得了金牌，我们也会跟着高兴好一阵子。

在残奥会当志愿者那一个月是我人生中独一无二、刻骨铭心的一段记忆。我深知，这段日子如果没有了侯佳会有多不同。她一个人带来的正能量直到今天都还在不断感染我、激励我。

记忆中的她一直都是那样一个永远笑容灿烂的样子,从来都不会害怕,没有能难得倒她的事。我会开玩笑叫她"猴子阿姨",她也不会生气。虽然她只比我大了两岁而已,但她在为人处事上的干练、成熟常常让我心生敬佩,她身上的那些品质:热情、善良、坚强、嫉恶如仇、爱憎分明,都让我想要努力成为她那样的人。

现在我在新加坡工作,原本同她约好今年她会来新加坡找我玩,没想到会陷入这样的官司甚至有可能遭受 20 年监禁。我不了解具体案情,可是真的真的完全无法想象一个像侯佳这样热情开朗、对待工作十分尽心尽力的优秀女孩需要在牢狱中度过人生最美好的年华。我甚至在一开始知道她被捕时根本没有把它当一回事,因为这对我来说真的太离谱了,不可能发生。她那么有能力,带给别人那么多的快乐和阳光,怎么可能会去坐牢呢?不可能啊!是什么样十恶不赦的罪才会让一个这么好的姑娘搭上所有的青春和一辈子的前途啊!我相信只要是接触过她,对她有一定了解的人,一定可以判断她的人品如何。甚至是在被捕以后,她都从来没有表现出一丝害怕和消沉,始终内心坚强,微笑面对。我相信,这样的一个优秀女孩,假如就算真的犯了什么错,判决多少多少年刑期这样的惩罚一定不是最好的解决办法。她真的真的值得一次重新证明自己的机会。

我会为她祝福。那些残奥会上所有被她帮助过的人们,我们都会。

7

August 25, 2013

Honorable Judge Sullivan,

My name is Fulton Hou and I am the younger brother of Jia "Jenny" Hou. Jenny and I were born seven years apart and grew up in a very loving family. While she had to adjust to a new life in the United States, I was just starting mine. Together, we have gone through numerous experiences together, making it even harder for me to fairly express the incredible sister and human being she really is. While others see Jenny in a different light, I see her as the ultimate giver.

Jenny has taken care of me since I was little. While she faced troubles of her own, Jenny still gave it her all to be a good sister. When I was sick, she was there to take care of me. When I pretended to be sick in order to go play at home, she scolded me for lying to my teachers. Most of all, I appreciated her for the simple things such as buying me my first Burger King Junior Whopper and my first Linkin Park music album. She bought me my first music player and video game system too. There was even a time when I asked her to replicate a special soup that I saw in a children's book. Not knowing anything about the soup's ingredients, Jenny still tried her best to make the special soup. Though the soup was far from the original, I will always remember how happy I was. As we grew older, her way of giving became more about guidance and experiences. She taught me basic necessities that I would need later on in life. When we got to spend time together, I learned how to do my laundry, how to buy clothes for myself, how to use the computer, etc. To be completely honest, my sister had been the person responsible for my attire throughout my teenage years. Macy's, for example was one the places where we'd often shop. Since there were so many outfits to choose from, I was slowly able to learn how to dress myself. Jenny was also the go-to person when it came to homework. I assumed she knew everything to every subject and so whenever she couldn't help me, I yelled at her. During this time, our relationship was definitely tested. We had fought several times at home because of my childish attitude and ignorance. She was also on the verge of leaving me to enter the real world. After she left, I realized just how much I needed her in my life. When she finally returned to New York for good, I was overjoyed.

Now, our relationship is growing more than ever. Although she is living on her own, we still spend a good amount of time together. On many occasions, she'd still be the same older sister, buying me food if I got hungry or a shirt to wear. We'd even engage in deep conversations about what is going on in our lives. Having each other allows the both of us to grow from one another, which is why I am truly blessed to have a sister as caring and loving as Jenny.

Jenny is someone who not only helps me grow, but is someone who I want to grow up to be. Ever since she came to America, Jenny has dealt with hardship. In just years, she learned a new language, made several friends, and was accepted into a specialized high school. She was able to go to college, find jobs, and take part in volunteering. On days when she was completely demoralized from work, I'd try my best to cheer her up or just ask her how she's doing. Sometimes, when she is touched by my concern, she would say, "you're such a good brother." This hurts the most because in reality, I'm far from a good brother. Jenny always thought of giving instead of asking. Although Jenny was always there to look out for me, I was unable to do the same for her.

With this letter, I hope I can begin to change that. While I'm thankful for the gifts and teachings that she has given me, what I cherish the most is her love. Thank you, Judge Sullivan, for taking the time to read this letter and I hope this sheds a different light on what kind of person Jenny is.

Sincerely,

Fulton Hou

8

July 24, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Honorable Judge Sullivan,

My name is Jian Li Hou, I am an American citizen, and the father of Jenny Hou. Jenny's has been convicted by the jury for more than two months, and as of today, I am still unable to extricate myself from the pain, anger, and grievances. When I face my children, I still need to encourage them. When I face my wife, I still need to console her. But who should I turn to when I need strength and support? I understand that Your Honor needs to represent and reflect justice, and that this may just be another small case in Your Honor's career of justice. However, this case has brought tremendous amount of pain to my family and my children.

In September of 1986, at Beijing, I was granted a student visa to study in the United States. At the time, Jenny was only one month old. Looking at her adorable smile, I was indecisive about whether or not I should come to America, and even wanted to give up on my visa. My parents and my wife encouraged me that I should continue to work hard so that my child would have a brighter future. At that moment, I promised myself that I would do whatever it takes to bring happiness to my family and my child. As time passed by, our "American Dream" is gradually coming true. I thank America, and I thank God. However, this case is almost like a horrible thunderstorm that torn this "American Dream" apart. At times, I look up at the Star Spangled Banner, and try to remember the vows I made when I was sworn in to become an American citizen. But now everything becomes blurry as tears rush down my face. This reminds me of the words spoken by Dr. Martin Luther King, Jr., "I have a dream."

Now I want to put away a man's pride, and I just want to send a sincere request from the heart of a father to the heart of another father. I ask you, whatever you can do that's within your limits of authority, please give Jenny another chance.

This is a sincere request from a father.

Jian Li Hou

July 24, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

尊敬的苏利文法官：

我叫侯建立，美国公民，侯佳的父亲。 侯佳案件经陪审团判定有罪已两月有余，
时至今日，我仍然处在痛苦、愤怒、和巨大的委屈之中不能自拔。对孩子，我仍
要鼓励。 对妻子，我仍要安慰，对朋友我仍要解释。 可谁又能给我力量和支持呢？
我明白在您的司法生涯中，您要体现公正，这对您可能只是一个不起眼的案子，
可是对我们的家人和孩子可能是医生无法弥补的悲痛。

1986 年 9 月，我在北京获取赴美留学签证，当时 Jenny 刚出生一个月，看着她可
爱的笑脸，我动摇赴美的念头，决定作废我的签证。 是我的父母以及妻子鼓励我
为了孩子的将来而继续努力。 我当时心中发誓要用我的一切所能为孩子为家人创
造幸福。 随着时间的推移，我们的美国梦正在一步一步地实现。 我感谢美国，感
谢上帝，可是这一案件就像一场风暴把这个美国梦刮的一塌糊涂。 我再次仰望美
国星条旗，再次回想起我宣誓成为美国公民的誓言。 可是一切在眼泪的冲刷下变
得模糊，使我再次想起马丁路德博士的格言：“我有一个梦想。”

我现在收起男人的自尊，用一个父亲想另外一个父亲发出内心真诚的请求。 请您
在您力所能及的权限内，给 Jenny 一次机会。

一个父亲真诚的请求
侯建利

9



Honorable Judge Sullivan,

My name is Yi Huang. I work at the ITT Department ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮. My position is Project Manager of Computer Application. I am an American citizen.

The first time I met Jenny was in the early 1990's. At that time, I went to visit Jenny's grandparents, and that's where I met this 4 to 5-year-old little girl. As soon as Jenny realized I came from America, and have seen her father, she became so excited. Ever since Jenny was born, her father had come to America to study, so she had never seen her father, she wants to know everything about her father. We talked for a long time. Although she was just an innocent little girl, but the distance between her and her parents made her a more mature than other kids her age. I was deeply moved by her earnest longing for her parents. I could tell Jenny is a girl with heavy emotions. At the same time, Jenny inherited the frank and warm personality from her grandpa.

Ever since that day on, I've been paying close attention to everything about this little girl for over the past twenty years. I watched her immigrate to America. I watched her go to school. I watched her grow up to become a fine young lad in the melting pot city of New York. I was not surprised at all to learn that Jenny's first job was to dedicate herself to community service instead of looking for a job to earn money. From Olympic Game volunteer, to John Liu campaign team volunteer, all she did was sacrifice. Even after becoming the treasurer, her salary was not much higher than the minimum wage. I could see on Jenny, many excellent qualities that formed from the East-West cultural integration: Cheerful, enthusiastic, hard working, able to endure hardship, like to help others. Jenny has a strong sense of responsibility towards work and family. Jenny is full of curiosity and thirst for knowledge when faced with new things. It is extremely rare to find a young person who is idealistic and at the same time not materialistic these days.

Another thing that I really admire about Jenny is how she takes care of her younger brother Fulton. Fulton is seven years younger than Jenny, and is relatively introverted, and doesn't speak much. Jenny always spends her spare time with her brother, to communicate and encourage Fulton to express himself. On the 2010 New Year's party, Jenny held her brother's hand and sang a duet on stage. Everyone applauded. (Photo attached). When I applauded them, I applauded them for their performance, but moreover, I applauded because I was moved by Jenny's personal character. Jenny influenced and changed her brother with her own passion. Fulton had grown from a shy and quiet little boy into an enthusiastic college student. I saw the kind-heard character within Jenny. She is always willing to give, and willing to spread her positive feelings about life to other families, friends and people around her.

Jenny's case has lasted over a year, and it has been influencing me every step of the way. I am willing to take this chance to tell Your Honor what I know about Jenny. I hope that Jenny can continue to service the community, sacrifice for her family with her excellent character and capability. I sincerely hope that she can have a bright future.

Wish Your Honor Health and Peace.

Yours Truly,
Yi Huang





尊敬的苏利文大法官：

我的名字叫黄怡。在 ITT DEPARTMENT OF TOWN OF ██████████████████████ ████████ ██作。我的职务是 PROJECT MANAGER of COMPUTER APPLICATION. 我是美国公民。

我第一次见到侯佳是在 1990 年初。 当时，我是去拜访侯佳的爷爷。 在那里，我遇见了这个 4-5 岁的小姑娘。当她知道我是从美国来的，见过她爸爸，特别兴奋。 因为她一出生，爸爸就去美国留学， 她从未见过爸爸， 她想知道有关爸爸的一切。我们聊了好久。那时，她虽然只是个天真烂漫的小姑娘，但远离父母让她有了超越同龄人的成熟。看到她对父母的殷殷思念，我很感动。看得出，这是一个重感情的女孩儿，又从爷爷那里继承了坦率热情的性格。

从那以后，二十多年中，我一直关注这个小姑娘。看着她移民美国，看着她在美国上学，在纽约这个移民的大熔炉里成长为一个优秀的青年。我丝毫没有感到奇怪，她的第一份工作是投入了社区服务，而不是为自己找一个赚钱的工作。从奥林匹克运动会义工，到刘醇毅竞选团队义工，她只是付出。即便到后来做财务长，其薪水也只是比最低工资稍高一点。从侯佳身上，可以看到许多东西方文化融合形成的优秀素质，开朗热情，勤劳，能吃苦，乐于助人。 对工作，对家庭有强烈的责任感，对新事物充满好奇心和求知欲。这种有理想，不追求物质的年轻人太难得了。

还有一点，让我特别欣赏侯佳，就是她对弟弟 Fulton 的关心和照顾。Fulton 小侯佳七岁，性格比较内向，不善言谈。侯佳总是利用自己的业余时间陪伴弟弟，与弟弟沟通，鼓励弟弟表达自己。2010 年，新年晚会，侯佳牵着弟弟的手走上舞台，合唱一曲。台下掌声一片。（后附两张照片。）在我的掌声中，有对他们表演的欣赏，更多的是对侯佳个人品格的感动。侯佳用自己的热情带动弟弟，改变弟弟，让弟弟从一个腼腆害羞的小男孩，成长为一个热情的大学生。我看到侯佳善良的品性。她愿意付出，愿意把自己对生活美好的感受传递给家人，朋友和周围的人。

侯佳的法律案件持续了一年多，时时牵动我的心。在此，我愿意向尊敬的法官大人说明我对侯佳的了解。也为她的未来虔诚祈祷。希望将来侯佳还能以她的优秀人品和能力，继续为社会服务，为家庭付出。我衷心希望，她还能有一个光明的未来。

祝法官大人安康。
您忠实的
黄怡



10

To Whom It May Concern,

Jenny Hou is a close friend of mine, someone I might even sometimes refer to as an older 'sister.' I've known Jenny since I was in first grade; she was my friend's sister. As soon as you knew it, our families became friends and started having barbeques and dinners together once in a while. Throughout elementary school and middle school, I would always go to Jenny for advice on anything. To me, she was like the older sister I never had. She has always been kind, spirited, and genuine. Never in a million years do I think that she would've done what she is being accused of. I know Jenny, and I refuse to believe any accusations against her because I know that she is still the kind honest person that I've looked up to.

Sincerely,

Emily Jiang

11

June 14, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Sullivan:

My name is William Li. I am a physician who has been serving cancer patients in Queens since 1999. I am currently serving in the capacity of Director of Radiation Oncology, 

 I am writing to request leniency for the sentencing for Jenny Hou. As a family friend, I have known Jenny for many years and I feel that I can provide you with further insight into Jenny's character.

Jenny is an honest and compassionate young woman. She made tremendous sacrifices by dedicating her career to public service. She chose to take on the challenge of serving the people of New York over a more private path with more personal gain but less impact on people. She has always been a contributing member of society.

I am fully aware of Jenny's legal situation. She is in trouble with the law while she was doing her job with her best intention and judgment. It may not be fair to ask a young woman in her twenties, even an intelligent and capable one, to make the best move at all times regarding this very complicated political issue. Even though Jenny was found guilty, she is truly a person deserving of leniency. Thank you for your time and consideration, I greatly appreciate it.

Sincerely,

William Li, MD
Director of Radiation Oncology

12



Adam B. Murphy

July 18, 2013

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Sullivan:

        I am writing this letter in support of Jenny Hou. I had the pleasure of getting to
know Jenny when I worked as the paralegal to Paul Shechtman at Zuckerman Spaeder
LLP. You may remember that I was a witness at her trial. I was stunned to learn that
Jenny was convicted. Regardless of the verdict, I believe that Jenny is among the finest
people I know.

        Jenny and I became fast friends. Despite our very different backgrounds, we had
much in common: We were both embarking on our first jobs out of school; we were
close in age; and we had younger siblings who were homesick during their freshman
years of college. We also had demanding jobs that we cared about deeply. Part of my
admiration for Jenny stemmed from how devoted she was to her work. It was not
uncommon for her to work until the early morning, often sleeping as few as four hours a
night for weeks on end. At times I got concerned because her schedule did not seem
sustainable.

        I also met Jenny during a turbulent time in my life, in the midst of an increasingly
difficult family situation. That situation happened to escalate into a crisis one evening,
while Mr. Shechtman had Jenny and me over for a dinner with his Columbia Law School
LLM students. Jenny consoled me and imparted sage advice and she went far out of her
way to drive me home, even though she had hours of work waiting for her. It is not
hyperbole to say that in the weeks that followed, Jenny provided me with more support
than many of my closest friends. Her intelligence was coupled with compassion and
empathy. I came to rely on Jenny for her patience and counsel. It may seem unusual to
have developed so close a relationship with someone I was acquainted for such a short
time, but Jenny is one of the most genuine people I have ever been around. What you see
is what you get.

        It is difficult to reconcile (and quite frankly it is surreal) that a friend I hold in
such high regard is facing the nightmarish consequences of a criminal sentence and likely
deportation. Despite the jury's finding, I know that Jenny's character transcends far
beyond the docket sheet -- and that she has a tremendous amount to offer, both to
individuals and to society. I ask Your Honor to show mercy and leniency in sentencing

her. If given the opportunity, I have no doubt that Jenny will impart her talents and kindness on others. Thank you, Judge.

Sincerely,

Adam Murphy

Adam Murphy

13

June 6, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Sullivan:

I am writing at the request and on behalf of my friend and former colleague Jenny Hou. I served
as Deputy Director of Community Affairs for Comptroller John Liu from January 2010 to
September 2011 and met Jenny very early in the Comptroller's administration. Jenny impressed
me from our first meeting. She is full and enthusiasm for everything thing she does. I have
worked with many young people in government and on political campaigns and Jenny's strong
character and commitment was evident from the first day I met her. She was there early in the
morning and late at night, always volunteering to put in additional time on nights and weekends
to staff or support the Comptroller. Jenny and I developed a very close working and mentor
relationship and I am proud to have known her and have had the opportunity to work with her.

I can remember very distinctly the day that Jenny came to my office to tell me that she would be
leaving the Comptroller's office to, first go to China to spend some time with her grandparents,
and then to serve as treasurer on the Comptroller's newly formed campaign. She said, "I have no
idea what a treasurer does, but I accepted the position and am excited to work on the
Comptroller's campaign". She said that she would work hard to learn the job and knew that she
would have help from some of the Comptroller's advisors. She also told me that, at least
initially, the campaign would be run out of her condo in Queens. At the time I remember
thinking that she was taking on a big job and had been very generous to offer her home to the
campaign. Jenny had no idea what she was getting into and no plan to learn the important and
complicated laws governing political donations, a critical part of a treasurer's job. Jenny headed
off to China to take care of her grandparents and the next time I saw her was at a campaign
event, still full of energy, enthusiasm and great pride to be part of Comptroller Liu's campaign.
Jenny was working long hours, raising money, handling event logistics, and staffing the
comptroller across the five boroughs. I attended or volunteered at several campaign events and
Jenny was usually the first to arrive, the last to leave, and was attentive to everyone at the event
and every detail of its execution. I know that Jenny got up every day committed to doing the
best job possible. Her goals were simple, work hard, make the Comptroller and his senior team
proud, and contribute to the Comptroller's election as the first Asian American Mayor of New
York City.

I moved to Santa Monica, CA in 2011 after leaving the Comptroller's office and tried to keep
abreast of the campaign and stay in touch with a few people from the office and campaign. I
started to hear about the controversy surrounding the Comptroller's campaign and was shocked
and heart sick when I learned that Jenny was the one person from the campaign that was being

held accountable for the campaign's management. I know that Jenny accepted the position without any knowledge of what the job of treasurer entailed or how to begin. Jenny didn't know enough to know what she didn't know. I recently read a quote from John Liu that said Jenny was in ongoing and frequent contact with the campaign finance regulation board, who helped her learn how to do the job. That doesn't make sense to me. I would think that anyone running for Mayor of the most important city in the world would want to hire a seasoned professional with years of experience in the complicated laws governing campaign finance. It made me wonder what kind of people the other mayoral candidates hired to be their treasurers, so I did some research. Every other candidate's treasurer is an experienced accountant, lawyer or professional, in their 40,s, 50's or 60's, most with the support of a firm and decades in the field.

Jenny was in over her head from day one, not given the training or support she needed to do the job, and unfortunately unaware of all that she didn't know. I ask the Court to take these facts and circumstances into consideration when sentencing Jenny and to impose the most lenient sentence permissible under the law.

Sincerely,

Nancy Ozeas

14



June 17, 2013

The Hon. Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Sullivan:

My name is Howard Ross.  I am a practicing attorney for over
forty years in the courts of New York.  I presently serve my law
firm in of-counsel capacity.

A good percentage of our practice consists of representing people
in the Chinese community.  During the past five years I have had
the pleasure of knowing Jenny Hou and her father.  I met both
Jenny and her father at many civic functions in Chinatown and
Flushing.

Jenny has impressed me with her commitment to the Chinese
community.  It was her desire to be a patriotic American citizen
and impart American values to the Chinese community of New York.

My discussions with Jenny were always social and cordial.  Her
political views coincided with our democratic way of life.  I
remember remarking to my wife how I wish all young immigrants
would be as devoted and committed as she is.

With her father by her side, I know she will continue to be a
contributing member of society and will never be in trouble with
the law again.

I believe Jenny should be shown leniency since she is a bright,
compassionate and kind young woman.

Very truly yours,

Howard B. Ross

HBR:slj                                    Howard B. Ross

15



The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Sullivan,

I am writing upon request of Jenny Hou. I understand Jenny's legal situation, and I fully support her. I would like to put in writing to you, about how I know Jenny personally and her relation to me as a friend. My name is Martin Song; I am 25 and work in luxury retail in London, U.K. where I have spent most of my life. I met Jenny at the age of 20, via the 2008 Beijing Olympics. Both Jenny and I were overseas Chinese to be accepted as volunteers, and me initial encounter with her was online through a dedicated group created on the website Facebook. For the vast majority of us, this experience was a first of a kind, and many had also not visited China before. Beijing being Jenny's hometown, she happily offered to answer questions we had and recommended things to do and what to look out for. This was the first sense I had, that Jenny was always passionate about and willing to help others; I would have a personal encounter later on, that would touch me deeply and I would learn the extent of her true selflessness nature.

I arrived in Beijing a week before training and attended a dinner Jenny had arranged, in order for the volunteers to get to know each other before the games. I will always remember walking into the restaurant to a tableful of cheerful people, and instinctively knowing which one Jenny was. She is the type of person, in the first occasion you meet; it would feel like you had been friends for many years. Jenny was kind and extremely amiable, instantly liked by everyone for her loveable personality. I am forever grateful to have booked an early flight to China that year. We formed a family like bond that day, and regularly organised get-togethers for all the new volunteers. I greatly respected Jenny's natural ability to bring together a group of strangers from different countries, and to leave together as good friends.

The unforgettable night I had was at a celebration party Jenny had organised, prior to the launch of the Olympics. Being wild and young, I was unaware I had drunk more than I could handle that night. It later became apparent that a few of us including myself would be unable to get home safely. I remember Jenny decided straight up that she would take care of us that night, bringing the three of us to her apartment. During the taxi ride there was the need to stop a couple of times as people needed to be sick, Jenny displayed great patience and care with the situation. Amidst this, in my drunken state, I remember being unreasonable and asking for BaBao porridge for breakfast. Everyone was exhausted and upon arrival at 4am, we collapsed on sofa's to spend the night. In the morning, I was surprised to discover Jenny had sacrificed her own sleep to get up before all of us, visited the supermarket and bought spare towels and toothbrushes, including breakfast from the market. My greatest surprise was seeing BaBao porridge; I was certain that Jenny wouldn't have been able to remember what I had said the night before, let alone to go out of her way and buy it. It was this instance of her unprecedented selflessness and devotion to others that greatly touched my heart. They say actions speak louder than words, and this made me truly understand the phrase; there were no words that could describe how I felt, I had never encountered such good in anyone before, with an honest heart to have carried out everything she did. I hope that my account has enabled you to see the type of character Jenny is as a person.

Yours Sincerely,
Martin Song

16



August 19, 2013

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y 10007

Dear Judge Sullivan,

I am writing to you in regards to the matter of a young lady named Jenny Hou, whom
Your Honor scheduled to sentence on September 20, 2013. Before I say any further
though, please allow me to briefly introduce myself and my affiliations. My name is
Peter Tu. I am the ████████████████████████████████████████
████████████████, which is a non-profit organization incorporated in the State of New
York, and in compliance with the 501 (c)(3) rules and regulations. FCBA has been
successfully serving its members in Flushing as well as the entire Queens area since its
formation in 1982. The goals of FCBA include serving and improving the local business
environment, fostering commercial and economic development, and enhancing economic
strength through political awareness. I personally have dedicated over 30 years of my
life to community service. Aside from my affiliation at FCBA, I am also a member of
the Queens Community Board 7, a Board Member of the Flushing BID (Business
Improvement District), and a Community Advisory Board Member of the Elmhurst
Hospital and the New York Hospital in Queens.

I met Jenny Hou in the summer of 2009 when former Councilman John Liu ran for the
New York City Comptroller. At first, Jenny appeared to be just like any other young
campaign volunteer on the team, but after dealing with her on a couple of occasions, I
began to notice that Jenny stood out from other kids of her age group. Jenny is bright,
energetic, hardworking, polite, optimistic, and has extraordinary leadership skills. I
remember Jenny reached out to me one time when she was assisting Mr. Liu to arrange a
small business street tour of Flushing. The purpose of the tour was to raise the
community's awareness and participation in the upcoming Democratic Primary in
September 2009. Jenny was very mindful in choosing the route of the tour, she expressed
that both the Korean and the Chinese communities had to be touched upon, without any
bias to either side of town. In addition, Jenny also delicately chose and invited
community leaders from all different backgrounds to tour the streets along John Liu's

side. At that time, I could tell, Jenny is not just any young volunteer. She is very mature, smart, and selfless.

The street tour took place on a hot summer day, right before the Democratic Primary Election. Jenny led and guided the street tour route with the entourage of group of community leaders with John Liu behind her. She passed out literatures to everyone and chanted campaign slogans to promote John Liu without a loud speaker. She wore a light blue t-shirt with "Team Liu" printed on her back, and she didn't look at all tired.

Jenny is not a United States citizen, but she grew up in New York, in America, for most of her life. I am certain that when Jenny signed up to be a volunteer for John Liu's campaign in 2009, she had no idea what politics is all about. But I'm sure Jenny, like me, firmly believes in the democratic process of our country, and wanted to help others in her community to understand it as well.

After John Liu won the Comptroller election in 2009, Jenny continued to work for him in the Comptroller's Office. Often times, I see Jenny attending community events with Comptroller Liu or in his representation during 2010. Jenny remained to be a polite and modest person. There have been many voices in the community that "John Liu does not come back to Flushing anymore" after he became the Comptroller, so Jenny always tried to stay until the end of each event she attends and tried to greet everyone to make sure people understand Comptroller Liu's presence in the community.

Ever since Jenny was arrested in February of 2012, I've been praying for her and I've also been asking myself, "How would I feel if this happened to my own daughter?" I do have a daughter, and she is a little younger than Jenny, so it isn't hard for me to imagine. Even when reporters interview me on this subject, I also throw this same question back to them. "How would you feel if this happened to you?" Nobody can give me an answer. Every time I think about it, it breaks my heart to see such a wonderful young girl to go through such a terrible tragedy. Your Honor, Jenny is only 26 years old, and she has a bright future ahead of her, marriage, children of her own, family, her career, etc. I understand that Jenny has made a wrong judgment call, but I personally believe that she never intentionally tried to cause any harm to the society. I ask you from the bottom of my heart to please consider Jenny's past clean record and please give Jenny Hou the lightest sentence possible. I will continue to pray for Jenny.

Sincerely,

Peter Tu                8/19/13

17



The Honorable Richard Sullivan
United States District Judge
Southern District Of New York
40 Foley Square
New York, New York 10007


June 23, 2013

Dear Judge Sullivan,

We are writing to you on behave of Jenny Hou, a good friend who will be sentenced by your court in September.

Ling met her parents in NYC in January of 1997 on her first trip to the USA. In June or July of 1997 Ling accompanied Jenny and her grandfather to the US Consulate in Guangzhou to get her a Visa to come to America to see her parents. Jenny spoke no English but was very excited to come to America. She had not seen her parents in a long while.

Ling and I met in June 2000 and have been a couple since July of 2001. We have a 10 year old daughter together.

I first met Peter and Sugi (Jenny's parents) about 10 years ago. They were hard working and very loving parents of their children. In fact we traveled to NYC to attend opening/closing nights of Tea House at Pace University with Peter, Sugi, and several Chinese friends. We became close friends.

On July 4th weekend in 2006 we entertained a bus load of Chinese families at our home for a Fourth of July Party. They could not have been a greater group of people. I met Jenny and her brother this weekend and was surprised at how helpful both she and her mother were in helping entertain 60ish guests at our home.

I know that Jenny's parents were very proud of her getting an education in America and getting involved in politics/government. It is unfortunate that she got involved with this sordid mess.

We saw her in NYC post arrest/pre trial at an anniversary party for her parents and she did a wonderful job as the Master of Ceremonies. I cannot imagine her composure under the circumstances.

Jenny is a responsible, sweet, kind, humble, young woman with a bright future in front of her. She seems to be able to help others and not ask for help for herself. She will be a positive member of society as she matures.

We would encourage the Court to be as gentle as possible with her so that she can get on with her life.

Sincerely yours,

Pierre Beaudry
Ling Wang

18



The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

August 29, 2013

Dear Judge Sullivan:

I'm writing a character letter from my perspective for Jenny (Jia) Hou upon her request, as well as giving her my sincere support at her hardest time as a friend.

I've known Jenny since the first grade; we were both born in Beijing in 1986, lived in a close neighborhood and went to a same school. Our friendship, since 1992, has always been fulfilled with love, joy, cooperation, and understanding through the years. In my memories, people normally transferred to a different school at a certain time while they are moving out of the neighborhood with their families, some of them might never come back to my life, and even their names and looks fade gradually from my brain.

Similarly, Jenny moved to New York with her parents in 1997, when we were approaching to the graduation of elementary school (normally at the sixth grade in China), and therefore, although I have tons of pictures in my photo album reminding me the moments I spent with Jenny along with her parents and grandparents all the time, I never had an elementary school graduation picture with her in it.

We used to send letters and cards to each other every month to share our news and experiences at the beginning of her relocation with her family. As time goes by, keeping a friendship with such long distance became more challenging due to limited connections, especially when international mails couldn't be delivered within a month. I once had such a feeling that I will lost her soon or later as our path ways are going to a different direction.

Jenny travels back to Beijing more often than she used to since 2006, when we both were sophomores in high schools. I realized I was wrong about our friendship when I first time saw her endeavoring to contact all our elementary school friends to reunite. I will never forget how many efforts she made to get as many people as possible involved to the

reunion event. Not many people would look at their contacts and call all their old friends one by one but Jenny did. Meanwhile, she brought me back the gift I gave to her at the very first time she left Beijing to New York, which was a book, where I made up a story with all our close friends as characters in it. Ever since we were looking at the book laughing and crying, I realized Jenny is the person I will never lose.

In 2009, I came to New York to pursue my master's degree; I found my friendship with Jenny became stronger after what we had been through. As of the day I wrote this letter, Jenny and I have known each other over twenty one years, although our look and thought are much different than we were, our faith in each other stays the same, she will always have my love, concerns and helps as a friend no matter who she is and where she is.

I've been to Jenny's trial many times and was aware of the specific offense that has been charged against her. I hardly know how to express my feelings well sometimes in front of her bright and positive appearance. At this point, I expect my tiny but heavy words to carry a different light on what kind of person Jenny is.


Sincerely,



Liuyi Wangwu

19

Dear Honorable Judge Sullivan,

I am Jenny Hou's mother. Jenny's case had led this newly immigrated family of ours close to collapsing.

After the Tiananmen Square Protest of 1989, I followed my husband to United States, the land that everyone around the world yearned for, because this is the land of freedom and democracy. Here, we can rely on our own hands and hard work, to create a better living environment for the rest of our lives. Here, we can enjoy a strong social system, and equal opportunities.

After years of struggle, we founded New York Business Fire System, which is now known as NY Fire LLC. After being in the fire protection field for over ten years, we gradually started to appreciate and applaud the strict regulations among all walks of life in the United States. With the purpose to assist more new immigrants to better understand fire protection rules and regulations when operating a new restaurant, we started to host fire protection seminars within the Chinese community in 1998. We provided guidance to new immigrant restaurateurs on how to be a law-abiding citizen, so that they can continue to properly operate their own business on this land of fully developed legal system. And Jenny grew up in an environment like this.

When I first heard about Jenny's case, I didn't believe that my daughter would commit such a crime, because she grew up as a very obedient child. Ever since she was in High School, she would look for a place to work during every vacation, from volunteering at our community library, to waiting tables at a restaurant, from accounting firm, to campaign volunteer. Jenny took every job seriously and with great diligence, and she always got many praises from every boss.

Perhaps due to our influence, Jenny likes to help others ever since she was young. When we came to the United States, we had no friends or families, we started out from scratch. It was the society that gave us opportunities. Now that our career is stable, we want to give back to the society by helping those who need our help. Perhaps with such basis, Jenny decided to join John Liu's campaign team instead of look for a job to make money in 2009.

In John Liu's campaign team, Jenny learned a lot of things. From 2008 to now, the United States economy has been in a recession. Many people lost their jobs, and many business owners are in debt. At that time, Jenny witnessed many selfless people donate their money and their time to help the community. Jenny likes these people, she likes being around these people. No matter how tired she got from work, no matter how difficult the working conditions were, she never complained a bit. Jenny once said to me, compared to those selfless volunteers, the hardships that she was faced became nothing.

Trial lasted three weeks and I was there for every part of it. I realized that Jenny is a really capable person. I don't even think an experienced adult would be able to cope with such complexity and heavy work load, and I do believe Your Honor would agree with me on that. I also clearly understand where the root of Jenny's case is. A 25-year-old young girl who just

started working in our society, full of sunshine for the future, full of goodness for people, full of passion for work. This case has brought so much damage to her, and it has definitely brought so much damage to our entire family. I sincerely ask Your Honor to be lenient when you sentence. It's been over a year since Your Honor have come to known Jenny. Is she really a bad girl? I'm sure there is an answer in Your Honor's heart.

Sincerely,

Sui Xiang Zhu
Mother of Jenny Hou

尊敬的苏利文法官先生：

我是侯佳的妈妈。侯佳的案件已经把我们这个刚刚来到美国的家庭搞得崩溃了。

1989 年，北京的天安门事件后，我们夫妻俩个相继来到这个全世界人民都想往的自由而民主的国土，在这里我们可以靠自己的双手和勤奋，享受着健全的社会体制，人人平等的生活环境，开始我们人生后半生的生活。

经过几年的奋斗，我们开创了纽约防火系统公司（现为：NY Fire LLC）。在十几年的防火系统的工作中，我们对美国的各行各业的法规更加欣赏和认同。为了让更多开餐馆的新移民了解消防法规，从 1998 年开始，我们经常在社区举办消防法规讲座，引导开餐馆的新移民，如何做一个守法的公民，在这个有法制的国土去经营好自己的生意。侯佳也是在这样的环境下长大的。

当我刚刚听到侯佳案件时，我不相信我的女儿会做出这么违法的事，因为她从小就是一个很听话的孩子。从高中开始，每一个假期她都会给自己找一份工作，从图书馆的义工，到餐馆的服务生，从会计师楼到社区竞选义工，每一份工作她都兢兢业业，认认真真，每一份工作都得到老板的好评。

也许是受我们的影响，侯佳从小就喜欢为大家做事。我们没有亲戚，没有朋友，来到美国，从零做起。是这个社会给了我们机会，如今我们事业稳定了，我们要回馈这个社会，帮助那些需要我们帮助的人。可能也是在这样的基础上，2009 年，侯佳没有选择能赚钱的工作，而选择了进入刘醇逸的竞选团队。

在刘醇逸的竞选团队里，她也学到了很多东西。从 2008 年到现在，美国的经济一直处在不景气状态，很多人失去工作，很多人生意亏损，但她看到了很多人无私的奉献金钱，奉献时间为社区做事，她喜欢这些人，喜欢跟这些人在一起，所以不管工作多累，不管工作条件多艰苦，她没有任何怨言，她曾跟我讲，跟他们比起来，她吃的这些苦是很微不足道的。

三个星期的庭审我经历了每一天，我很庆幸的是检方传唤的证人没有一个指证侯佳指使他们做任何违法的事。从另一个角度，我很自豪，因为我看到侯佳真的很能干。因为这么重，这么复杂的工作，一个有经验的大人，也难以应付，我想法官大

人，你也会看到这一点。我也很清楚，侯佳潘新武案的根在哪里，这个财务总监换成另外一个人，另外这个人就会卷入此案，，二十五岁的孩子，刚刚踏入社会，对未来充满了阳光，对人与人充满了善良，对工作充满了激情，卷入此案，对她的伤害已经很大了，对我们全家的伤害也已经很大了，所以恳求法官量刑，这一年来，我想你对侯佳已有所了解，她是不是一个坏孩子，你心中是有数的。