

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2013

**MEMO ENDORSED**

**BY ELECTRONIC MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-13
```

Re: **United States v. Jia Hou,**
No. S1 12 Cr. 153 (RJS)

Dear Judge Sullivan:

On October 24, 2013, defendant Jia Hou filed a motion seeking bail pending appeal. The Government opposes this motion, and respectfully requests that the Court permit the Government to file a memorandum in opposition to the motion on or before November 8, 2013.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
BRIAN A. JACOBS / JUSTIN ANDERSON
Assistant United States Attorneys
(212) 637-2512 / -1035

cc: Gerald B. Lefcourt, Esq.
Sheryl E. Reich, Esq.
Renato C. Stabile, Esq.
Counsel for Jia Hou
(By email)

SO ORDERED
Dated: 10/25/13

RICHARD J. SULLIVAN
U.S.D.J.