**MEMO ENDORSED**

LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

November 11, 2013

VIA ECF AND E-MAIL TO: sullivannysdchambers@nysd.uscourts.gov

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street
New York, N.Y. 10007

*United States v. Oliver Pan, et al., S1 12- Cr- 153 (RJS)*

Dear Judge Sullivan:

We write in connection with Ms. Hou's motion for bail pending appeal. We respectfully request until Wednesday, November 13, 2013, to submit a reply in opposition to the government's memorandum in opposition to the motion.

Thank you for your consideration in this matter.

Respectfully submitted,

Sheryl E. Reich

cc: Brain Jacobs, Esq.
    Justin Anderson, Esq.

SO ORDERED
Dated: 11/11/13
RICHARD J. SULLIVAN
U.S.D.J.