```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JIA HOU, a/k/a "Jenny Hou"

Defendant.

No. 12 Cr. 153 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendant's motion for a new trial pursuant to Federal Rule of Criminal Procedure 33. (Doc. Nos. 219–221.) Rule 33 permits a defendant to file a motion for a new trial "grounded on newly discovered evidence . . . within 3 years after the verdict or finding of guilty." Fed. R. Crim. P. 33(b). Defendant was convicted on May 2, 2013, and she now moves for a new trial on the grounds of newly discovered evidence. Accordingly, IT IS HEREBY ORDERED THAT the government shall respond to Defendant's motion no later than Monday, July 14, 2014, and Defendant shall reply, if she wishes, no later than Thursday, July 24, 2014.

SO ORDERED.

Dated:   June 30, 2014
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE